JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**

First Listed Plaintiff:
Joshua Bills ;
**County of Residence:** Jackson County

**Defendant(s):**

First Listed Defendant:
Jordan M. Nelson ;
**County of Residence:** Outside This District

**County Where Claim For Relief Arose:** Jackson County

**Plaintiff's Attorney(s):**

Anthony E Rothert (Joshua Bills)
ACLU of Missouri
906 OLIVE
ST. LOUIS, Missouri 63101
**Phone:** 3146693420
**Fax:** 3146523114
**Email:** arothert@aclu-mo.org

Gillian R. Wilcox (Joshua Bills)
ACLU of Missouri
406 W 34th Steet
Kansas City, Missouri 64111
**Phone:** 3146523114
**Fax:** 3146523112
**Email:** gwilcox@aclu-mo.org

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)

**Plaintiff:** N/A

**Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 440 All Other Civil Rights

**Cause of Action:** 42 usc 1983 challege to use of excessive force under color of law

**Requested in Complaint**

**Class Action:** Not filed as a Class Action

**Monetary Demand (in Thousands):**

**Jury Demand:** Yes

**Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** /s/ anthony e. rothert

**Date:** 10/4/2018

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.