**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| JOSHUA BILLS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:18-cv-784-NKL |
| | ) | |
| JORDAN M. NELSON, | ) | |
| | ) | |
| Defendant. | ) | |

**DESIGNATION OF MEDIATOR**

The parties jointly designate Nancy Kenner to conduct the MAP mediation in this case. The mediation will be held on February 20, 2019, beginning at 9:00 a.m., at the office of Kenner, Nygaard, DeMarea, Kendall, LLC, 117 West 20th Street, Suite 201, Kansas City, Missouri 64108.

Respectfully submitted,

/s/ Gillian R. Wilcox
GILLIAN R. WILCOX, #61278
ACLU OF MISSOURI FOUNDATION
406 West 34th Street, Suite 420
Kansas City, Missouri 64111
*tel.* (816) 470-9938
gwilcox@aclu-mo.org

ANTHONY E. ROTHERT, #44827
JESSIE STEFFAN, #64861
ACLU OF MISSOURI FOUNDATION
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
*tel*. (314) 652-3114
arothert@aclu-mo.org
jsteffan@aclu-mo.org

TOM PORTO, #59716
The Popham Law Firm
712 Broadway, Suite 100

Kansas City, MO 64105
Telephone: (816) 512-2617
Facsimile: (816) 221-3999
tporto@pophamlaw.com

*ATTORNEYS FOR PLAINTIFF*

JOSHUA D. HAWLEY
Attorney General of Missouri

/s/ Caleb Wagner
CALEB WAGNER, #68485
DIANE PETERS, #54784
Assistant Attorneys General
615 East 13th Street, Suite 401
Kansas City, Missouri 64106
Telephone: (816) 889-2241
Facsimile: (816-889-5006
caleb.wagner@ago.mo.gov
diane.peters@ago.mo.gov

*ATTORNEYS FOR DEFENDANT*